# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

<u>USA</u>

   v.              Civil No. 12-cv-210-JL

<u>Audi RS6 Sedan 2003</u>

## ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

  Exhibit 6 to Claimant's Answer to Complaint, Document #9, in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a). Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in Exhibit 6. Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to Exhibit 6 to Claimant's Answer to Complaint, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

  **SO ORDERED**.

                 */s/ Landya B. McCafferty*
                 Landya B. McCafferty
                 United States Magistrate Judge

Date:  November 27, 2012

cc:   Robert Rabuck, Esq.
    Brian Johnson, pro se