UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

        v.                          Civil No. 12-cv-210-JL

Audi RS6 Sedan 2003


                        O R D E R


     On January 2, 2013, a preliminary pretrial conference
was held in this case.  Attorney Robert J. Rabuck appeared
for plaintiff; Claimant Brian Johnson appeared on his own
behalf.  Prior to the hearing, the parties conferred and
reached an agreement to recommend the court's approval of
the Claimant's Proposed Discovery Plan (document no. 12)
with the following modifications:

     **Joinder of Additional Parties**:  March 1, 2013

     **Third-Party Actions**:  March 1, 2013

     **Completion of Discovery**:  March 25, 2013

     **Motions for Summary Judgment**:  March 25, 2013

     **Trial Date**:  Two-week period beginning August 6, 2013

     In light of the court's approval of claimant's proposed
discovery plan (doc. no. 12) with the modifications listed

above, the court denies as moot plaintiff's proposed

discovery plan (doc. no. 11).

SO ORDERED.

_____
Landya B. McCafferty
United States Magistrate Judge

Date:  January 3, 2013

cc:  Robert J. Rabuck, Esq.
     Brian Johnston, pro se