```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

    v.                                           Civil No. 12-cv-210-JL

<u>Audi RS6 Sedan 2003</u>

## O R D E R

On January 2, 2013, a preliminary pretrial conference was held in this case. Attorney Robert J. Rabuck appeared for plaintiff; Claimant Brian Johnson appeared on his own behalf. Prior to the hearing, the parties conferred and reached an agreement to recommend the court's approval of the Claimant's Proposed Discovery Plan (document no. 12) with the following modifications:

    **Joinder of Additional Parties**: March 1, 2013

    **Third-Party Actions**: March 1, 2013

    **Completion of Discovery**: March 25, 2013

    **Motions for Summary Judgment**: March 25, 2013

    **Trial Date**: Two-week period beginning August 6, 2013

In light of the court's approval of claimant's proposed discovery plan (doc. no. 12) with the modifications listed

above, the court denies as moot plaintiff's proposed discovery plan (doc. no. 11).

    SO ORDERED.

_____
Landya B. McCafferty
United States Magistrate Judge

Date: January 3, 2013

cc: Robert J. Rabuck, Esq.
    Brian Johnston, pro se